*E-FILED: August 19, 2013*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SKOTI LIM

               Plaintiff(s),

          v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

               Defendant(s).

_____/

CASE NO. CV 13-02429 HRL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
   ✓      Private ADR (*please identify process and provider*)  Private Mediation

The parties are discussing potential mediators

The parties agree to hold the ADR session by:
   ✓      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

          other requested deadline _____

Dated: 8/13/13 _____

Dated: 8/13/13 _____

//s/Jason L. Pintar _____
**Attorney for Plaintiff**

//s/Jason A. James _____
**Attorney for Defendant**

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
✓       Private ADR

Deadline for ADR session
✓       90 days from the date of this order.
other                              .

IT IS SO ORDERED.


Dated:   August 19, 2013
_____                    _____
                                     Hon. Howard R. Lloyd
                                     UNITED STATES MAGISTRATE  JUDGE