*E-Filed: December 6, 2013*

1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Jason A. James (Bar No. 265129)
   jjames@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   800 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90017-2611
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SKOTI LIM,<br><br>                Plaintiff,<br><br>        vs.<br><br>PRUDENTIAL INSURANCE CO. OF AMERICA, a business entity form unknown, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. CV 13-02429 HRL<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**; ORDER |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

133870.1

Case No.  CV 13-02429 HRL
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

1  Following settlement of this matter, Plaintiff SKOTI LIM and Defendant THE
2  PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their
3  respective counsel of record, hereby stipulate that this action shall be dismissed with
4  prejudice, each party to bear its own costs, expenses and attorneys' fees.

6  Dated:  December 3, 2013        LAW OFFICES OF JASON L. PINTAR
                                    Jason L. Pintar

                                    By: *//s/Jason L. Pintar*
                                        Jason L. Pintar
                                        Attorney for Plaintiff
                                        SKOTI LIM

12  Dated:  December 3, 2013        MESERVE, MUMPER & HUGHES LLP
                                    Linda M. Lawson
                                    Jason A. James

                                    By: *//s/Jason A. James*
                                        Jason A. James
                                        Attorneys for Defendant
                                        THE PRUDENTIAL INSURANCE
                                        COMPANY OF AMERICA

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

133870.1

1

Case No.  CV 13-02429 HRL
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SKOTI LIM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE CO. OF AMERICA, a business entity form unknown, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. CV 13-02429 HRL<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV 13-02429 HRL, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses and attorneys' fees in this matter.

IT IS SO ORDERED.

Dated:  12/6/13

_____
Hon. Howard R. Lloyd
United States Magistrate Judge